```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 03 B 49408
    GARRY K MOSS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-9818


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/08/03 and confirmed on 11/23/04.

    2.  The case was dismissed after confirmation, 12/20/2007.

    3.  The Debtor paid a total of $ 127922.20 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG         .00           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         38923.28           .00       38923.28
AMERITECH                  UNSECURED        NOT FILED          .00            .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED          .00            .00
MARY ANN GORGE-KAURANEN    UNSECURED       227372.60           .00       75706.07
FIFTH THIRD BANK           UNSECURED        NOT FILED          .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00      38923.28     227372.60        .00      266295.88
PRINCIPAL PAID         .00      38923.28      75706.07        .00      114629.35
INTEREST PAID          .00           .00           .00        .00            .00
TOTAL PAID             .00      38923.28      75706.07        .00      114629.35
The Debtor's attorney, JOEL A SCHECHTER            , was allowed $       .00
and was paid $        .00 .

The Trustee received $   5159.85 .

Refunds to the Debtor totaled $   8133.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 08/26/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 03 B 49408 GARRY K MOSS
```